filed 6/29/04

AO458(Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MASSACHUSETTS _____

UNITED STATES OF AMERICA

v.

FRANCIS G. KEOUGH III

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for United States of America.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| June 29, 2004 | _/s/ William M. Welch_ |
| Date | Signature |
| | William M. Welch II |
| | Print Name / Bar Number |
| | 1550 Main Street, Room 310 |
| | Address |
| | Springfield, MA 01103-1422 |
| | City / State / Zip Code |
| | 413-785-0237 / 413-785-0394 |
| | Phone Number / Fax Number |