Filed 6/29/04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIM. NO. 04-300  -MAP |
| ) | |
| vs. ) | |
| ) | |
| FRANCIS G. KEOUGH, III ) | |
| ) | |
| Defendant. ) | |

## MOTION TO SEAL

The United States of America respectfully moves this Court to maintain the sealing order with respect to the above-referenced indictment until such time as the Government moves to unseal the indictment. As grounds, the Government states as follows:

1. A target of the grand jury investigation agreed to enter into a plea and cooperation agreement with the Government. This individual possessed incriminating information regarding the allegations in the above-referenced indictment as well as other information regarding other crimes committed by the above-referenced individual.

2. In addition, this individual also possessed significant information regarding other public corruption investigations. This individual has agreed to wear a wire and record conversations with individuals as part of his plea and cooperation agreement.

3. This active undercover investigation could not occur if

1

the above-referenced indictment were unsealed. The mere return of the indictment would cause some of the targets of the proposed undercover investigation to suspect that this individual may be cooperating with the Government. In addition, the Government's discovery obligations would force the Government to disclose this individual's identity at some point, an occurrence which would compromise the active undercover investigation.

4. Therefore, the Government requests that the above-referenced indictment remain sealed until such time as the Government moves to unseal the indictment. The Government intends to file a one hundred twenty day report to advise the court of the propriety of the continued sealing of the above-referenced indictment.

Dated this 29th day of June, 2004.

Respectfully submitted,

MICHAEL P. SULLIVAN
United States Attorney

By: _____
WILLIAM M. WELCH II
Assistant U.S. Attorney