UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIM. NO. 04-30032-MAP |
| vs. | ) |
| FRANCIS G. KEOUGH, III | ) |
| Defendant. | ) |

## MOTION TO UNSEAL

The United States of America respectfully moves this Court to unseal the above-referenced indictment on January 20, 2005. The Government intends to arrest the defendant on the morning of January 20, 2005.

Dated this 18th day of January, 2005.

Respectfully submitted,

MICHAEL P. SULLIVAN
United States Attorney

By: _____
WILLIAM M. WELCH II
Assistant U.S. Attorney

1