FILED

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  CRIM. NO. 04-30032-MAP |
| | ) |
| vs. | ) |
| | ) |
| FRANCIS G. KEOUGH, III | ) |
| | ) |
| _____ Defendant. | ) |

### SECOND MOTION TO UNSEAL

The United States of America respectfully moves this Court to delay the unsealing of the above-referenced indictment to January 21, 2005. The Government intends to arrest the defendant on the morning of January 21, 2005.

Dated this 19th day of January, 2005.

Respectfully submitted,

MICHAEL P. SULLIVAN
United States Attorney

By: _____
WILLIAM M. WELCH II
Assistant U.S. Attorney

1