AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

APPEARANCE

Case Number: 04-30032-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for *Francis G. Keough III*

Date: 1/21/05

Signature: *Jack F JR Ch*

Print Name: JACK F. ST. CLAIR

Address: 73 CHESTNUT ST

City: SPRINGFIELD  State: MASS  Zip Code: 01103

Phone Number: 413 732 5001