UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIM. NO. 04-30032-MAP |
| vs. | ) |
| FRANCIS G. KEOUGH, III | ) |
| Defendant. | ) |

## MOTION TO UNSEAL SEARCH WARRANTS

The United States of America respectfully moves this Court to unseal the search warrants, search warrant applications, and affidavits for 1117 Sumner Avenue and 769 Worthington Street so that discovery can be provided.

Dated this 21st day of January, 2005.

Respectfully submitted,

MICHAEL P. SULLIVAN
United States Attorney

By: _____
WILLIAM M. WELCH II
Assistant U.S. Attorney

1