UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CR-N-04-30032

UNITED STATES OF AMERICA, )
              Plaintiff )
)
v. )
)
FRANK KEOUGH, )
              Defendant )

DEFENDANT'S MOTION (ASSENTED TO) TO
CONTINUE STATUS CONFERENCE

    NOW COMES Attorney Jack St. Clair, on behalf of Frank Keough and respectfully request this Honorable Court to continue the status conference currently scheduled for Monday, March 14, 2003 at 12:30 P.M. until Wednesday, April 6, 2005 at 2:00 P.M.

    In support thereof, Attorney Jack St. Clair is on a pre-planned/pre-paid vacation with his wife in Florida and will not be returning until Monday, April 4, 2005.

Respectfully Submitted,

THE DEFENDANT,

By: *Jack J. St. Clair*
JACK F. ST.CLAIR, ESQ.
73 Chestnut Street
Springfield, MA 01103
Ph: 413-737-5000
BBO# 438100

ASSENTED TO:

*William M. Welch*
WILLIAM M. WELCH, II
Asst. U.S. Attorney

## CERTIFICATE OF SERVICE

I, Jack F. St.Clair, Esq., hereby certify that I have served a copy of the foregoing by faxing said document to Assistant U.S. Attorney William M. Welch, II, Esq. this 10th day of March, 2005.

*Jack F. St Clair*
JACK F. ST. CLAIR, ESQ.