*filed in court*
*04/06/05*

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIM. NO. 04-30032MAP |
| | ) |
| vs. | ) |
| | ) |
| FRANK KEOUGH, | ) |
| | ) |
| _____ Defendant. | ) |

### INITIAL JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by and through Michael J.
Sullivan, United States Attorney for the District of
Massachusetts, and William M. Welch II, Assistant United States
Attorney, hereby files this initial joint memorandum pursuant to
Local Rule 116.5(A) and the Magistrate Judge's Scheduling Order
as follows:

1.  The parties agree that relief should not be granted
from the otherwise applicable timing requirements imposed by
Local Rule 116.3.

2.  To date, the defendant has not requested discovery
under FRCP 16(a)(1)(G).

3.  At this time, the defendant has not reviewed any
discovery, nor has the defendant sent a discovery letter to the
Government.

4.  The parties agree that a motion date should not be set
under FRCP 12(c) at this time.  Until discovery has been

1

reviewed, the defendant is not in a position to set any motion dates.

5.    Excludable delay should be ordered under 18 U.S.C. §
3161(h)(8)(A) and Local Rule 112.2(A)(1), (2), and (3).
Defendant Keough was arraigned on January 21, 2005.  Therefore,
twenty-eights days of excludable delay occurred from and
including January 22, 2005 through and including February 18,
2005.  On March 11, 2005, the defendant filed a motion to
continue the status conference to today's date.

Therefore, twenty days expired from the Speedy Trial Clock
from and including February 19, 2005 through and including March
10, 2005, leaving fifty days on the Speedy Trial Clock.  This
means that this case must be tried by May 26, 2005.

6.    The parties believe at this point that a trial should
be anticipated.  At this time, the Government would estimate a
trial of three weeks.

7.    A second Interim Status Conference should be set for
early May, 2005.

Filed this __6__th day of April, 2005.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                  United States Attorney


                                  WILLIAM M. WELCH II
                                  Assistant United States Attorney

                                  2

For defendant Frank Keough:

JACK ST. CLAIR, ESQ.

3

CERTIFICATE OF SERVICE

Hampden,  ss.                    Springfield, Massachusetts
                                 April 6, 2005


     I, William M. Welch, Assistant U.S. Attorney, do hereby
certify that I have served a copy of the foregoing by hand
delivery upon:

Jack St. Clair, Esq.
73 Chestnut Street
Springfield, MA 01103

                         WILLIAM M. WELCH II
                         Assistant United States Attorney

4