UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 04-30032-MAP |
| | ) | |
| | ) | |
| FRANK KEOUGH, | ) | |
| Defendant | ) | |

FURTHER SCHEDULING ORDER
April 6, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the status conference this day:

1. Any discovery request letters shall be sent and filed by April 22, 2005. *See* LR 116.3(A) and (H).

2. Any responses to discovery request letters shall be sent and filed within fourteen days of receipt of the discovery request letter(s) referred to in Paragraph 1 above *or* on or before May 6, 2005, *whichever date shall first occur.* *See* LR 116.3(A).

3. Consistent with the provisions of LR 116.3(E) through (H), any and all discovery motions shall be filed on or before fourteen days after the receipt of the opposing party's declination to provide the requested discovery *or* fourteen days after the opposing party has received the discovery request letter and has failed to respond thereto, *whichever date shall first occur.* *See* LR 116.3(E) through (H).

4. Consistent with the provisions of Paragraph 3 above, a response to any

        motion shall be filed on or before fourteen days after the motion has been filed. See LR 116.3(l).

5. An Interim Status Conference in accordance with LR 116.5 will be held on May 12, 2005, at 12:30 p.m. in Courtroom III.

6. A joint memorandum addressing those items set forth in Local Rule 116.5(A)(1) through (7) shall be filed on or before the close of business, May 10, 2005.

DATED: April 6, 2005

                                            /s/ Kenneth P. Neiman
                                            KENNETH P. NEIMAN
                                            U.S. Magistrate Judge