UNITED STATES DISTRICT COURT
DISTRICT OF MAMSSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-30032-MAP |
| | ) | |
| FRANCIS G. KEOUGH III | ) | |
| Defendant | ) | |

MOTION FOR PRODUCTION OF DEFENDANT'S STATEMENTS
IN THE "POSSESSION, CUSTODY OR CONTROL" OF THE GOVERNMENT

Now comes the Defendant, Francis Keough, and hereby moves this Honorable Court for an Order directing the Government to disclose all statements, whether written, recorded or otherwise, of the Defendant Francis Keough made to witnesses or other individuals who have supplied information to the prosecutor relating to this case.

As grounds therefore, the Defendant states:

1. On or about April 22, 2005, Defendant made his formal request for discovery pursuant to Rule 16 of the Federal Rules of Civil Procedure and Rule 116, et seq., of the Local Criminal Rules of Court. Rule 16 specifically provides that upon a defendant's request, the Government must disclose to the Defendant, and make available for inspection, copying, or photographing, any relevant written or recorded statement by the Defendant if the statement is within the Government's "possession, custody, or control."

2. In Paragraph No. 1 of Defendant's formal request for discovery, the Defendant specifically requested statements of the Defendant made to "any and all potential witnesses or other people who have supplied information to the prosecutor in this case . . . ."

3. As of the date of this motion, the Defendant is aware that certain individuals have provided information to the Government regarding the matters underlying the Indictment against

him, including one Fred Ware, who has been identified as an alleged co-conspirator, as well as individuals described in a certain Affidavit of Clifford W. Hedges in Support of Application for Search Warrant, previously filed with the Court.

    4.    In support of its contention that the Government is not obliged to disclose such statements, the Government cited the case of <u>United States v. Hughes</u>, 211 F.3d 676, 688 (1st Cir. 2000). The <u>Hughes</u> decision is completely inapposite to the Defendant's request, wherein the <u>Hughes</u> Court held: "Mexico is a sovereign nation, and it is clear that the United States Government has no authority to require the Mexican government to produce any evidence that may be in its possession or under its control. It has to rely on the Mexican government to comply with reasonable and appropriate requests."

    5.    In the present case, the Defendant is seeking disclosure of Defendant's statements made to "witnesses or other people who have supplied information to the prosecutor." Therefore, such statements of the Defendant are within the Government's "control," as they are within the possession of Government cooperating witnesses. This is particularly so for the individual, Fred Ware, who has been identified by the Government as an unindicted co-conspirator and party to a proffer agreement with the Government. Further, any statements of the Defendant made to the witnesses identified within the Affidavit of Clifford W. Hedges in Support of Application for Search Warrant, including the individuals identified as "w-1," "w-2" and "w-3," are likewise within the "possession, custody and control" of the Government. <u>See, e.g.</u>, <u>United States v. Mitchell</u>, 613 F.2d 779 (10th Cir. 1980); <u>United States v. Manetta</u>, 551 F.2d 1352 (5th Cir. 1977); <u>United States v. Caldwell</u>, 543 F.2d 1333 (D.C. Cir. 1974).

    Accordingly, by all of the above, this Court should issue an Order upon the Government

to disclose said statements of the Defendant.

                                              THE DEFENDANT,
                                              FRANCIS G. KEOUGH III


                                      By: /s/ Jack F. St. Clair
                                            Jack F. St. Clair, Esq.
                                            73 Chestnut Street
                                            Springfield, MA 01103
                                            Tel.: (413) 737-5000
                                            Fax:  (413) 731-1302
                                            BBO # 438100


## CERTIFICATE OF SERVICE

    I, Jack F. St. Clair, Esq., hereby certify that I have caused a copy of the foregoing document to be served (via electronic filing) upon William M. Welch II, Assistant United States Attorney, United States Attorney's Office, 1550 Main Street, Springfield, MA, 01103, this 20th day of May 2005.


                                              /s/ Jack F. St. Clair
                                              Jack F. St. Clair, Esq.