```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,    )   CR-N-04-30032-MAP
                             )
              Plaintiff,     )
                             )
     vs.                     )
                             )
FRANCIS G. KEOUGH,           )
                             )
              Defendant.     )
```

### MOTION TO PERMIT LATE FILING

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby files this motion requesting to continue the filing date of the Government's responses to three motions filed by defendant Keough by one day.

As grounds, the Government states that it had finished the motions at home on the due date, June 28, 2005, but was unable to electronically file the motions. Therefore, the motions have been filed on the morning of June 29, 2005.

Filed this 31th day of June, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

_/s/ William M Welch II_
WILLIAM M. WELCH II
Assistant United States Attorney

1

## CERTIFICATE OF SERVICE

Hampden, ss.                                      Springfield, Massachusetts
                                                  June 29, 2005

    I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mailing said motion to:

Jack St. Clair, Esq.
73 Chestnut Street
Springfield, MA  01105

                                                  /s/ William M. Welch II
                                                  WILLIAM M. WELCH II
                                                  Assistant United States Attorney