UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>)<br>v. )<br>)<br>)<br>FRANCIS G. KEOUGH, )<br>       Defendant ) | Criminal No. 04-30032-MAP |

INTERIM STATUS REPORT
July 5, 2005

NEIMAN, U.S.M.J.

The court held an interim Status Conference on July 1, 2005 and, in accord with Local Criminal Rule 116.5(B), reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The court has scheduled a Status Conference for July 27, 2005.

3. There is a possibility that there will be a superseding indictment in this matter.

4. The parties assert and the court agrees that twenty days had run on the speedy trial clock as of July 1, 2005. An order of excludable delay shall issue.

5. There are no other matters to report relevant to the progress or resolution of the case.

                                        /s/   Kenneth P. Neiman
                                        KENNETH P. NEIMAN
                                        U.S. Magistrate Judge

Case 3:04-cr-30032-MAP   Document 48   Filed 07/05/2005   Page 2 of 2