UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v.           )<br>)<br>)<br>)<br>FRANCIS G. KEOUGH, III,         )<br>            Defendant  ) | Criminal No. 04-30032-MAP |

FINAL STATUS REPORT
July 27, 2005

NEIMAN, U.S.M.J.

The court held a final status conference this day and, in accord with Local Criminal Rule 116.5(D), reports as follows:

1. All discovery has been completed.

2. Defendant is to file a motion to dismiss by August 26, 2005, to which the Government shall reply by September 15, 2005.

3. A pretrial conference has been scheduled for September 26, 2005, at 2:00 p.m. in Courtroom I. Defendant will report at the time what additional dispositive motions, if any, he intends to file.

4. It is likely that there will be a superseding indictment in this matter which, in turn, may cause Defendant to file a motion to sever.

5. The parties agree and the court finds that twenty days will have run on the Speedy Trial clock as of September 26, 2005. An Order of Excludable

      Delay will issue.

6.    There are no other matters to report.

DATED: July 27, 2005

                                                   /s/ Kenneth P. Neiman  
                                            KENNETH P. NEIMAN  
                                            U.S. Magistrate Judge