UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>vs.<br><br>**FRANCIS G. KEOUGH, III**<br><br>                **Defendant.** | CRIM. NO. 04-30032-MAP<br><br>VIOLATIONS:<br><br>18 U.S.C. § 1951 – Extortion (Count One)<br><br>18 U.S.C. § 1503 – Obstruction of Justice (Counts Two, Five, Eight and Ten)<br><br>18 U.S.C. § 1001 – Making a False Statement (Counts Three and Four)<br><br>18 U.S.C. § 1512 – Witness Tampering (Counts Six, Seven, Nine and Eleven) |

The Grand Jury charges:

## SUPERSEDING INDICTMENT

**COUNT ONE:**    Title 18, United States Code, Section 1951 – Extortion

Between on or about April 23, 1999 and December 8, 1999, in the District of Massachusetts,

**FRANCIS G. KEOUGH, III**

defendant herein, did knowingly, willfully, and unlawfully affect and attempt to affect interstate commerce and the movement of articles and commodities in interstate commerce by extortion, in that the defendant unlawfully obtained $29,000.00 from The Ware Group, Inc., which property was not due the defendant and The

1

Ware Group's consent having been induced by wrongful use and threat of use of economic harm and under color of official right.

All in violation of Title 18, United States Code, Section 1951.

**COUNT TWO:**     **Title 18, United States Code, Section 1503 - Obstruction of Due Administration of Justice**

From on or about December 16, 2002, through or about April 29, 2003, within the District of Massachusetts,

**FRANCIS G. KEOUGH, III,**

defendant herein, did corruptly obstruct and impede, and endeavor to obstruct and impede, the due administration of justice by making a series of false statements to a Special Agent of the Federal Bureau of Investigation about how he had paid for the construction of his residence in Charleston, Rhode Island in order to have his name removed from grand jury subpoenas being issued on behalf of the federal grand jury.

All in violation of Title 18, United States Code, Section 1503.

**COUNT THREE**: Title 18, United States Code, Section 1001 - False Statement to a Federal Agent

On or about April 8, 2003, within the District of Massachusetts,

**FRANCIS G. KEOUGH, III,**

defendant herein, in a matter within the jurisdiction of the Federal Bureau of Investigation, United States Department of Justice, did knowingly and willfully make a false, fraudulent, and fictitious material statement and representation; that is falsely stating to a Special Agent of the Federal Bureau of Investigation in substance that no money from the Friends of the Homeless, Inc. was ever used for the construction of his house in Charleston, Rhode Island.

All in violation of Title 18, United States Code, Section 1001.

**COUNT FOUR:** **Title 18, United States Code, Section 1001 - False Statement to a Federal Agent**

On or about April 29, 2003, within the District of Massachusetts,

**FRANCIS G. KEOUGH, III,**

defendant herein, in a matter within the jurisdiction of the Federal Bureau of Investigation, United States Department of Justice, did knowingly and willfully make a false, fraudulent, and fictitious material statement and representation; that is falsely stating to a Special Agent of the Federal Bureau of Investigation in substance that he had paid for everything used for the construction of his house in Charleston, Rhode Island that he had received from a local building supply company.

All in violation of Title 18, United States Code, Section 1001.

**COUNT FIVE:** **Title 18, United States Code, Section 1503 – Obstruction of Due Administration of Justice**

From on or about March 16, 2004, through September 21, 2004, within the District of Massachusetts,

**FRANCIS G. KEOUGH, III,**

defendant herein, did corruptly obstruct and impede, and endeavor to obstruct and impede, the due administration of justice by causing Witness A to testify falsely about personal work performed at defendant Francis G. Keough's residence in Charleston, Rhode Island while on Friends of the Homeless, Inc. time and the use of inmates from the Hampden County House of Corrections to perform personal work on defendant Francis G. Keough's personal and rental residences.

All in violation of Title 18, United States Code, Section 1503.

**COUNT SIX:**          **Title 18, United States Code, Section 1512 - Witness Tampering**

From on or about March 16, 2004, through September 21, 2004, within the District of Massachusetts,

**FRANCIS G. KEOUGH, III,**

defendant herein, did knowingly corruptly persuade and attempt to corruptly persuade Witness A with the intent to influence the testimony of Witness A in a federal grand jury proceeding by telling Witness A in substance that Witness A should testify that Witness A worked at defendant Francis G. Keough's residence in Charleston, Rhode Island while on personal time, and that Witness A exercised bad judgment and was at fault for allowing Hampden County House of Corrections inmates to perform personal work.

All in violation of Title 18, United States Code, Section 1512.

**COUNT SEVEN**:   Title 18, United States Code, Section 1512 - Witness Tampering

In or about late, 2004, or early, 2005, within the District of Massachusetts,

**FRANCIS G. KEOUGH, III,**

defendant herein, did knowingly corruptly persuade and attempt to corruptly persuade Witness A with the intent to influence the testimony of Witness A in an official proceeding by asking Witness A to tell the Federal Bureau of Investigation that Witness A personally observed defendant Francis G. Keough give $30,000.00 in cash to the owner of The Ware Group, Inc.

All in violation of Title 18, United States Code, Section 1512.

**COUNT EIGHT**:     **Title 18, United States Code, Section 1503 -
Obstruction of Due Administration of Justice**

On or about June 14, 2005, within the District of Massachusetts,

**FRANCIS G. KEOUGH, III,**

defendant herein, did corruptly obstruct and impede, and endeavor to obstruct and impede, the due administration of justice by telling Witness B in substance to testify falsely about Witness B's living situation at the time Witness B enrolled in the ISSI program, and not to mention the fact that he had tenants living in the basement at 24-26 Palmer Avenue, Springfield, Massachusetts.

All in violation of Title 18, United States Code, Section 1503.

**COUNT NINE:**   **Title 18, United States Code, Section 1512 - Witness Tampering**

On or about June 14, 2005, within the District of Massachusetts,

**FRANCIS G. KEOUGH, III,**

defendant herein, did knowingly corruptly persuade and attempt to corruptly persuade Witness B with the intent to influence the testimony of Witness B in a federal grand jury proceeding by telling Witness B in substance that Witness B should testify that Witness B was homeless at the time that Witness B enrolled in the ISSI program, and that Witness B should not mention the fact that he had tenants living in the basement at 24-26 Palmer Avenue, Springfield, Massachusetts.

All in violation of Title 18, United States Code, Section 1512.

**COUNT TEN**:   Title 18, United States Code, Section 1503 -
Obstruction of Due Administration of Justice

In or about June, 2005, within the District of Massachusetts,

**FRANCIS G. KEOUGH, III,**

defendant herein, did corruptly obstruct and impede, and endeavor to obstruct and impede, the due administration of justice by telling Witness C in substance that he protects his friends, that everyone should get on the same page, and that if Witness C wanted to say that Witness C was homeless at the time that Witness C enrolled in the ISSI program, then he would back up Witness C.

All in violation of Title 18, United States Code, Section 1503.

11

**COUNT ELEVEN**: **Title 18, United States Code, Section 1512 - Witness Tampering**

In or about June, 2005, within the District of Massachusetts,

**FRANCIS G. KEOUGH, III,**

defendant herein, did knowingly corruptly persuade and attempt to corruptly persuade Witness C with the intent to influence the testimony of Witness C in a federal grand jury proceeding by telling Witness C in substance that he protects his friends, that everyone should get on the same page, and that if Witness C wanted to say that Witness C was homeless at the time that Witness C enrolled in ISSI program, then he would back up Witness C.

All in violation of Title 18, United States Code, Section 1512.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS: _____JULY 28_____, 2005 at 3:56pm

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK OF THE COURT

13