UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | CRIM. NO. 04-30032-MAP |
| ) | |
| vs. ) | |
| ) | |
| **FRANCIS G. KEOUGH, III** ) | |
| ) | |
| _____Defendant._____ ) | |

### MOTION TO SEAL

The United States of America respectfully moves this Court to seal the superseding indictment in the above-referenced case. The Government intends to arrest Francis Keough tomorrow morning and move for his detention given his multiple violations of his conditions of pre-trial release and the nature of the crimes charged.

Dated this 28th day of July, 2005.

Respectfully submitted,

MICHAEL P. SULLIVAN
United States Attorney

By: _____
WILLIAM M. WELCH II
Assistant U.S. Attorney

1