UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIM. NO. 04-30032-MAP |
| vs. | ) |
| FRANCIS G. KEOUGH, III | ) |
| Defendant. | ) |

### MOTION TO UNSEAL

The United States of America respectfully moves this Court to unseal the superseding indictment in the above-referenced case. Given the scheduling of the defendant's initial appearance for July 29, 2005, no grounds exist for the continued sealing of the superseding indictment.

Dated this 29th day of July, 2005.

Respectfully submitted,

MICHAEL P. SULLIVAN
United States Attorney

By: _____
WILLIAM M. WELCH II
Assistant U.S. Attorney

1