UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIM. NO. 04-30032-MAP |
| vs. | ) |
| FRANCIS G. KEOUGH, III | ) |
| Defendant. | ) |

## GOVERNMENT'S MOTION TO WITHDRAW APPEAL

Pursuant to Title 18, United States Code, Section 3145(a), the United States of America respectfully moves to withdraw its appeal of the magistrate court's denial of the Government's motion to detain defendant Francis G. Keough, III for violating his conditions of release pursuant to Title 18, United States Code, Sections 3148(b)(1)(A) and (b)(2)(A) and (B), and the magistrate court's subsequent amendment of the defendant's conditions of release.

Dated this 2nd day of August, 2005.

Respectfully submitted,

MICHAEL P. SULLIVAN
United States Attorney

By: _____
WILLIAM M. WELCH II
Assistant U.S. Attorney

1

## CERTIFICATE OF SERVICE

Hampden, ss.                                    Springfield, Massachusetts
                                                August 2, 2005

    I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mailing said motion to:

Jack St. Clair, Esq.
73 Chestnut Street
Springfield, MA  01105

                                             _____
                                             WILLIAM M. WELCH II
                                             Assistant United States Attorney