UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIM. NO. 04-30032-MAP |
| ) | |
| vs. ) | |
| ) | |
| FRANCIS G. KEOUGH, III ) | |
| ) | |
| Defendant. ) | |

## MOTION TO UNSEAL

The United States of America respectfully moves this Court to unseal the Government's Motion to Revoke Conditions of Release. The Government understands that defendant Francis G. Keough, III has gone to the law offices of Attorney Jack St. Clair, and the Government needs to produce its motion to Attorney St. Clair for the revocation hearing.

Dated this 4th day of August, 2005.

Respectfully submitted,

MICHAEL P. SULLIVAN
United States Attorney

By: _____
WILLIAM M. WELCH II
Assistant U.S. Attorney

1