UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| v.    ) | CRIMINAL NO. 04-30032-MAP |
| ) | |
| FRANCIS G. KEOUGH, III    ) | |
| Defendant    ) | |

ASSENTED TO MOTION TO ENLARGE TIME FOR FILING

    Now comes the Defendant Francis G. Keough III, in the above-entitled matter and respectfully requests that the date for filing a motion to dismiss be enlarged from August 26, 2005 to September 8, 2005.  The reasons for this motion are as follows:

    1.    A sealed superseding ten-count indictment was returned on July 28, 2005, and Defendant's counsel requests additional time to review and discuss the indictment with his client. Due to defense counsel's state court schedule, he has not had the opportunity to meet at length with Defendant.

    2.    Defendant's counsel will be out of town on a family matter from August 25, 2005 to August 28, 2005.

    3.    The Government assents to this motion.

Respectfully submitted,

THE DEFENDANT
Francis G. Keough III
By his attorney,

Dated: August 26, 2005

/s/ Jack F. St. Clair
Jack F. St. Clair, Esq.
73 Chestnut Street
Springfield, MA   01103
(413) 737-5000
BBO #438100