UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
                                )
        v.                      )    Criminal Action No. 04-30032-MAP
                                )
                                )
FRANCIS G. KEOUGH, III,         )
            Defendant           )

SCHEDULING ORDER
September 20, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the Status conference held this day:

1. A interim status conference will be held on November 21, 2005, at 2:00 p.m. in Courtroom III.

2. On or before the close of business, November 18, 2005, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge