UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 04-30032-MAP |
| | ) | |
| FRANCIS G. KEOUGH, III, | ) | |
| Defendant | ) | |

INTERIM STATUS REPORT
September 20, 2005

NEIMAN, U.S.M.J.

The court held an initial Status Conference this day, and in accord with Local Criminal Rule 116.5(D), the court reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The court has scheduled a further Status Conference for November 21, 2005.

3. There is a possibility that there will be yet another superseding indictment in this matter.

4. The parties assert and the court agrees that twenty-two days will have run on the Speedy Trial clock as of November 21, 2005. An order of excludable delay shall issue.

5. There are no other matters relevant to the progress or resolution of the case.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge