UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>FRANCIS G. KEOUGH, III, )<br>      Defendant ) | Criminal No. 05-30032-MAP |

INTERIM SCHEDULING ORDER
November 22, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the interim Status Conference on November 21, 2005:

1. An interim status conference will be held on January 5, 2006, at 2:00 p.m. in Courtroom III.

2. On or before the close of business, January 3, 2006, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

                                                    /s/   Kenneth P. Neiman
                                                    KENNETH P. NEIMAN
                                                    U.S. Magistrate Judge