UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 05-30032-MAP |
| | ) | |
| | ) | |
| FRANCIS G. KEOUGH, III, | ) | |
| Defendant | ) | |

INTERIM STATUS REPORT
November 22, 2005

NEIMAN, U.S.M.J.

The court held an interim Status Conference on November 21, 2005 and, in accord with Local Criminal Rule 116.5(B), reports as follows:

1.    Defendant's counsel, with Defendant's consent, has withdrawn from the case.

2.    The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

3.    The court has scheduled an interim Status Conference for January 5, 2006, by which time the court expects that (1) Defendant will have retained successor counsel and that (2) a superseding indictment will have issued.

4.    There are no other matters to report relevant to the progress or resolution of the case.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge