UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-30032-MAP |
| ) | **FILED UNDER SEAL** |
| FRANCIS G. KEOUGH, III, ) | |
| Defendant ) | |
| ) | |

### EX PARTE MOTION FOR APPOINTMENT OF COUNSEL

Now comes the Defendant, Francis Keough, in the above-entitled matter and requests this Honorable Court appoint counsel. A copy of my Financial Affidavit is attached.

THE DEFENDANT

By: *Francis G. Keough III /s/*
Francis G. Keough, III
Hampshire County House
  Of Correction
205 Rocky Hill Road
P.O. Box 7000
Northampton, MA 01060

Dated: November 28, 2005