UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIM. NO. 04-30032-MAP |
| vs. | ) |
| FRANCIS G. KEOUGH, | ) |
| Defendant. | ) |

## MOTION TO CONTINUE STATUS CONFERENCE DATE

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby files this request to continue the status conference from Thursday, January 5, 2006 to Friday, January 13, 2006 in the morning.

As grounds, the Government states that it is reasonable to believe that the status conference can be converted to an arraignment on Friday, January 13th, 2006. This continuance has the assent of Daniel D. Kelley, the newly retained lawyer of the defendant.

Filed this 3rd day of January, 2006.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

_____
WILLIAM M. WELCH II
Assistant United States Attorney

1

CERTIFICATE OF SERVICE

Hampden, ss.                           Springfield, Massachusetts
                                       January 3, 2006

    I, William M. Welch II, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mailing said motion to:

Daniel D. Kelley, Esq.
101 State Street
Suite 715
Springfield, MA   01103

_____
WILLIAM M. WELCH II
Assistant United States Attorney

2