AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____  DISTRICT OF  _____

## APPEARANCE

Case Number: 04cr30032

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Francis G. Keough III

1-5-06
Date

Signature

Daniel D Kelly
Print Name

101 State St
Address

Sptew            MA           01103
City             State        Zip Code

413 733-0770
Phone Number