UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIM. NO. 04-30032-MAP |
| ) | |
| vs. ) | |
| ) | |
| FRANCIS G. KEOUGH III, ) | |
| ANGEL T. GUZMAN, and ) | |
| MICHAEL P. HALLAHAN, ) | |
| ) | |
| Defendants. ) | |

MOTION TO SEAL

The United States of America respectfully moves this Court to seal the second superseding indictment in the above-referenced case as the United States intends to arrest defendants Guzman and Hallahan on the morning of January 13, 2006. The United States requests that this motion automatically unseal at 8:00 a.m. on January 13, 2006.

Dated this 12th day of January, 2006.

                                              Respectfully submitted,

                                              MICHAEL P. SULLIVAN
                                              United States Attorney

By: _____
        WILLIAM M. WELCH II
        Assistant U.S. Attorney

1