<u>COUNT 26</u>:      Title 18, United States Code, Sections 1341 and 2
              - Mail Fraud and Aiding and Abetting

The grand jury further charges that:

111. The grand jury re-alleges and incorporates by reference the allegations set forth in Paragraphs 1 through 98.

112. On or about July 19, 2004, in the District of Massachusetts,

**FRANCIS G. KEOUGH III
and
MICHAEL P. HALLAHAN,**

defendants herein, having devised a scheme and artifice to defraud Full Spectrum Lending of money by means of false pretenses, representations, and promises, and material omissions, did knowingly cause to be delivered by the United States Postal Service or any private or commercial interstate carrier a complete loan closing package, which contained false and fraudulent loan documents, for the purchase of 5 Desrosiers Avenue, Springfield, Massachusetts to Full Spectrum Lending, Rolling Meadows, Illinois, all for the purpose of executing, and attempting to execute, the said scheme and artifice to defraud.

All in violation of Title 18, United States Code, Sections 1341 and 2.

**COUNT 27:**      Title 18, United States Code, Sections 1341 and 1346 - Mail Fraud

The grand jury further charges that:

113. The grand jury re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 98.

114. On or about March 7, 2002, in the District of Massachusetts and elsewhere,

**FRANCIS G. KEOUGH III,**

defendant herein, having devised the above-described scheme and artifice to defraud and deprive FOH, SHA, the Commonwealth of Massachusetts and the public of money, property, and the intangible right to honest services, by means of false pretenses, representations, and promises, and material omissions, did knowingly cause to be delivered by the United States Postal Service or any private or commercial interstate carrier a FOH check that did not include any rental contributions of FOH Female Resident A for whom defendant KEOUGH had waived her rental obligations because of past and ongoing sexual relations, all for the purpose of executing, and attempting to execute, the said scheme and artifice to defraud.

All in violation of Title 18, United States Code, Sections 1341 and 1346.

<u>COUNT 28</u>:       **Title 18, United States Code, Sections 1341 and 1346 - Mail Fraud and Aiding and Abetting**

The grand jury further charges that:

115. The grand jury re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 98.

116. On or about December 3, 2002, in the District of Massachusetts and elsewhere,

**FRANCIS G. KEOUGH III,
and
ANGEL T. GUZMAN,**

defendants herein, having devised the above-described scheme and artifice to defraud and deprive FOH, SHA, the Commonwealth of Massachusetts and the public of money, property, and the intangible right to honest services, by means of false pretenses, representations, and promises, and material omissions, did knowingly cause to be delivered by the United States Postal Service or any private or commercial interstate carrier a FOH check that did not include the true rental contributions of FOH Female Resident B for whom defendant KEOUGH had waived her true rental obligations because of past and ongoing sexual relations with defendants KEOUGH and GUZMAN, all for the purpose of executing, and attempting to execute, the said scheme and artifice to defraud.

All in violation of Title 18, United States Code, Sections 1341, 1346 and 2.

**COUNT 29:** Title 18, United States Code, Section 1951 - Extortion

The grand jury further charges that:

117. The grand jury re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 98.

118. Between on or about April 23, 1999 and December 8, 1999, in the District of Massachusetts,

**FRANCIS G. KEOUGH III,**

defendant herein, did knowingly, willfully, and unlawfully affect and attempt to affect interstate commerce and the movement of articles and commodities in interstate commerce by extortion, in that the defendant unlawfully obtained $29,000.00 from The Ware Group, Inc., which property was not due the defendant and The Ware Group's consent having been induced by wrongful use and threat of use of economic harm and under color of official right.

All in violation of Title 18, United States Code, Section 1951.

<u>COUNT 30</u>:        Title 18, United States Code, Section 1503 -
                      Obstruction of Due Administration of Justice

The grand jury further charges that:

119. The grand jury re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 98.

120. From on or about December 16, 2002, through or about April 29, 2003, within the District of Massachusetts,

**FRANCIS G. KEOUGH III,**

defendant herein, did corruptly obstruct and impede, and endeavor to obstruct and impede, the due administration of justice by making a series of false statements to a Special Agent of the Federal Bureau of Investigation about how he had paid for the construction of his residence in Charleston, Rhode Island in order to have his name removed from grand jury subpoenas being issued on behalf of the federal grand jury.

All in violation of Title 18, United States Code, Section 1503.

<u>COUNT 31</u>:	Title 18, United States Code, Section 1001 - **False Statement to a Federal Agent**

The grand jury further charges that:

121. The grand jury re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 24.

122. On or about April 8, 2003, within the District of Massachusetts,

**FRANCIS G. KEOUGH III,**

defendant herein, in a matter within the jurisdiction of the Federal Bureau of Investigation, United States Department of Justice, did knowingly and willfully make a false, fraudulent, and fictitious material statement and representation; that is, falsely stating to a Special Agent of the Federal Bureau of Investigation in substance that no money from the Friends of the Homeless, Inc. was ever used for the construction of his house in Charleston, Rhode Island.

All in violation of Title 18, United States Code, Section 1001.

**COUNT 32:**     Title 18, United States Code, Section 1001 - False Statement to a Federal Agent

The grand jury further charges that:

123. The grand jury re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 98.

124. On or about April 29, 2003, within the District of Massachusetts,

**FRANCIS G. KEOUGH III,**

defendant herein, in a matter within the jurisdiction of the Federal Bureau of Investigation, United States Department of Justice, did knowingly and willfully make a false, fraudulent, and fictitious material statement and representation; that is, falsely stating to a Special Agent of the Federal Bureau of Investigation in substance that he had paid for everything used for the construction of his house in Charlestown, Rhode Island that he had received from a local building supply company.

All in violation of Title 18, United States Code, Section 1001.

**COUNT 33:**          **Title 18, United States Code, Section 1503 - Obstruction of Due Administration of Justice**

The grand jury further charges that:

125. The grand jury re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 98.

126. From on or about March 16, 2004, through September 21, 2004, within the District of Massachusetts,

**FRANCIS G. KEOUGH III,**

defendant herein, did corruptly obstruct and impede, and endeavor to obstruct and impede, the due administration of justice by causing Witness A to testify falsely about personal work performed at defendant KEOUGH's residence in Charleston, Rhode Island while on Friends of the Homeless, Inc. time and the use of inmates from the Hampden County House of Corrections to perform personal work on defendant Francis G. Keough's personal and rental residences.

All in violation of Title 18, United States Code, Section 1503.

**COUNT 34:**        Title 18, United States Code, Section 1512 - Witness Tampering

The grand jury further charges that:

127. The grand jury re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 98.

128. From on or about March 16, 2004, through September 21, 2004, within the District of Massachusetts,

**FRANCIS G. KEOUGH III,**

defendant herein, did knowingly corruptly persuade and attempt to corruptly persuade Witness A with the intent to influence the testimony of Witness A in a federal grand jury proceeding by telling Witness A in substance that Witness A should testify that Witness A worked at defendant Francis G. Keough's residence in Charleston, Rhode Island while on personal time, and that Witness A exercised bad judgment and was at fault for allowing Hampden County House of Corrections inmates to perform personal work.

All in violation of Title 18, United States Code, Section 1512.

47

**COUNT 35:**         Title 18, United States Code, Section 1512 -
                     **Witness Tampering**

The grand jury further charges that:

129. The grand jury re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 98.

130. In or about late, 2004, or early, 2005, within the District of Massachusetts,

**FRANCIS G. KEOUGH III,**

defendant herein, did knowingly corruptly persuade and attempt to corruptly persuade Witness A with the intent to influence the testimony of Witness A in an official proceeding by asking Witness A to tell the Federal Bureau of Investigation that Witness A personally observed defendant KEOUGH give $30,000.00 in cash to the owner of The Ware Group, Inc.

All in violation of Title 18, United States Code, Section 1512.

48

<u>COUNT 36</u>:          Title 18, United States Code, Section 1503 -
                        Obstruction of Due Administration of Justice

The grand jury further charges that:

131. The grand jury re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 98.

132. On or about June 14, 2005, within the District of Massachusetts,

**FRANCIS G. KEOUGH III,**

defendant herein, did corruptly obstruct and impede, and endeavor to obstruct and impede, the due administration of justice by telling Witness B in substance to testify falsely about Witness B's living situation at the time Witness B enrolled in the ISSI program, and not to mention the fact that defendant KEOUGH had tenants living in the basement at 24-26 Palmer Avenue, Springfield, Massachusetts.

All in violation of Title 18, United States Code, Section 1503.

**COUNT 37:**      Title 18, United States Code, Section 1512 - Witness Tampering

The grand jury further charges that:

133. The grand jury re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 98.

134. On or about June 14, 2005, within the District of Massachusetts,

**FRANCIS G. KEOUGH III,**

defendant herein, did knowingly corruptly persuade and attempt to corruptly persuade Witness B with the intent to influence the testimony of Witness B in a federal grand jury proceeding by telling Witness B in substance that Witness B should testify that Witness B was homeless at the time that Witness B enrolled in the ISSI program, and that Witness B should not mention the fact that defendant KEOUGH had tenants living in the basement at 24-26 Palmer Avenue, Springfield, Massachusetts.

All in violation of Title 18, United States Code, Section 1512.

COUNT 38:        Title 18, United States Code, Section 1503 -
                 Obstruction of Due Administration of Justice

The grand jury further charges that:

135. The grand jury re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 98.

136. In or about June, 2005, within the District of Massachusetts,

**FRANCIS G. KEOUGH III,**

defendant herein, did corruptly obstruct and impede, and endeavor to obstruct and impede, the due administration of justice by telling Witness C in substance that he protects his friends, that everyone should get on the same page, and that if Witness C wanted to say that Witness C was homeless at the time that Witness C enrolled in the ISSI program, then he would back up Witness C.

All in violation of Title 18, United States Code, Section 1503.

**COUNT 39:**      **Title 18, United States Code, Section 1512 - Witness Tampering**

The grand jury further charges that:

137. The grand jury re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 98.

138. In or about June, 2005, within the District of Massachusetts,

**FRANCIS G. KEOUGH III,**

defendant herein, did knowingly corruptly persuade and attempt to corruptly persuade Witness C with the intent to influence the testimony of Witness C in a federal grand jury proceeding by telling Witness C in substance that he protects his friends, that everyone should get on the same page, and that if Witness C wanted to say that Witness C was homeless at the time that Witness C enrolled in ISSI program, then he would back up Witness C.

All in violation of Title 18, United States Code, Section 1512.

52

**COUNT 40:**   Title 18, United States Code, Section 1503 -
Obstruction of Due Administration of Justice

The grand jury further charges that:

139. The grand jury re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 98.

140. On or about May 24, 2005, within the District of Massachusetts,

**FRANCIS G. KEOUGH III,**

defendant herein, did endeavor to obstruct and impede the due administration of justice by following Witness D in his vehicle and eventually causing Witness D to stop in the breakdown lane of Interstate 91 in an attempt to influence Witness D's testimony before the federal grand jury regarding her recollection of seeing defendant Francis G. Keough III give cash to the owner of the Ware Group, Inc.

All in violation of Title 18, United States Code, Section 1503.