UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
                            )
        v.                  )    Criminal No. 04-30032-MAP
                            )
                            )
FRANCES G. KEOUGH, III,     )
            Defendant       )

SCHEDULING ORDER
January 18, 2006

NEIMAN, U.S.M.J.

Frances G. Keough, III, ("Defendant"), having been arraigned before the court

this day on a second superseding indictment and having elected to continue to proceed

under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with

Local Criminal Rules (LR) 116.1 through 116.5 that further proceedings shall be

governed as follows:

1.    The Government shall produce, on or before February 1, 2006, those

      materials required to be produced under LR 116.1(C).

2.    Defendant shall produce, on or before February 15, 2006, those materials

      required to be produced under LR 116.1(D).

3.    Any discovery request letters shall be sent and filed by March 1, 2006.

      *See* LR 116.3(A) and (H).

4.    Any responses to discovery request letters shall be sent and filed within

      fourteen days of receipt of the discovery request letter(s) referred to in

      Paragraph 3 above *or* on or before March 15, 2006, *whichever date shall*

*first occur.  See* LR 116.3(A).

5.      Consistent with the provisions of LR 116.3(E) through (H), any and all

discovery motions shall be filed on or before fourteen days after the

receipt of the opposing party's declination to provide the requested

discovery *or* fourteen days after the opposing party has received the

discovery request letter and has failed to respond thereto, *whichever date*

*shall first occur.  See* LR 116.3(E) through (H).

6.      Consistent with the provisions of Paragraph 5 above, a response  to any

motion shall be filed on or before fourteen days after the motion has been

filed.  *See* LR 116.3(I).

7.      An Initial Status Conference in accordance with LR 116.5 will be held at

the parties' request on March 2, 2006, at 2:00 p.m. in Courtroom III.[1]

8.      A joint memorandum addressing those items set forth in Local Rule

116.5(A)(1) through (7) shall be filed on or before the close of business,

February 28, 2006.

DATED: January 18, 2006

                                        /s/ Kenneth P. Neiman
                                        KENNETH P. NEIMAN
                                        U.S. Magistrate Judge

---

[1] Defendants are not required to be present at the Initial Status Conference.
Inasmuch as the court concludes that the Initial Status Conference is not a critical
proceeding within the meaning of Fed. R. Crim. P. 43, defendants in custody will not be
transported to court for the Initial Status Conference absent a showing of exceptional
cause on motion duly filed in advance of the Initial Status Conference.
*See* Fed. R. Crim. P. 43(c)(3).