UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.    )<br>)<br>)<br>FRANCIS G. KEOUGH III, et al., )<br>Defendants    ) | Criminal No. 04-30032-MAP |

INTERIM SCHEDULING ORDER
March 3, 2006

NEIMAN, U.S.M.J.

The following schedule was established at the Status Conference this day:

1. An interim status conference will be held on May 16, 2006, at 2:30 p.m. in Courtroom III.

2. On or before the close of business, May 15, 2006, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

/s/  Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge