UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE
2006 MAY 16 A 11:58
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIM. NO. 04-30032-MAP |
| vs. | ) |
| FRANK KEOUGH, ET AL. | ) |
| Defendant. | ) |

### INITIAL JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby files this initial joint memorandum pursuant to Local Rule 116.5(A) and the Magistrate Judge's Scheduling Order as follows:

1. The parties agree that relief should not be granted from the otherwise applicable timing requirements imposed by Local Rule 116.3. To date, the parties continue to inspect and review automatic discovery in the Government's possession.

2. On April 22, 2005, defendant Keough requested discovery under FRCP 16(a)(1)(G); defendants Guzman and Hallahan have not made such requests. The Government hereby renews its request for reciprocal discovery from defendant Keough under Rule 16.

3. The parties do not expect to provide any additional discovery as a result of the future receipt of information,

documents, or reports of examinations or tests.

    4.    The parties agree that a motion date should not be set under FRCP 12(c) at this time. The defendants are still in the process of reviewing discovery.

    5.    Excludable delay should be ordered under 18 U.S.C. § 3161(h)(8)(A) and Local Rule 112.2(A)(1), (2), and (3) from the date of arraignment through the status conference on May 16, 2006. Defense counsel are still in the process of reviewing discovery and formulating discovery requests. Exclusion would be in the interest of justice.

    6.    The parties believe at this point that a trial should be anticipated. At this time, the Government would estimate a trial of four weeks.

    7.    A status conference should be set for mid-August, 2006.

Filed this __16__th day of May, 2006.

                            Respectfully submitted,

                            MICHAEL J. SULLIVAN
                            United States Attorney

                            _/s/ William M. Welch II_____
                            WILLIAM M. WELCH II
                            Assistant United States Attorney

For defendant Frank Keough:


_____
DANIEL KELLY, ESQ.

2

For defendant Angel Guzman:

_____
LORI LEVINSON, ESQ.

For defendant Michael Hallahan:

_____
MICHAEL FOY, ESQ.

documents, or reports of examinations or tests.

4. The parties agree that a motion date should not be set under FRCP 12(c) at this time. The defendants are still in the process of reviewing discovery.

5. Excludable delay should be ordered under 18 U.S.C. § 3161(h)(8)(A) and Local Rule 112.2(A)(1), (2), and (3) from the date of arraignment through the status conference on May 16, 2006. Defense counsel are still in the process of reviewing discovery and formulating discovery requests. Exclusion would be in the interest of justice.

6. The parties believe at this point that a trial should be anticipated. At this time, the Government would estimate a trial of four weeks.

7. A status conference should be set for mid-August, 2006.

Filed this ____th day of May, 2006.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

_____
WILLIAM H. WELCH II
Assistant United States Attorney

For defendant Frank Keough:

_____
DANIEL KELLY, ESQ.

2

CERTIFICATE OF SERVICE

Hampden, ss.                              Springfield, Massachusetts
                                          May 16, 2006


    I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by fax upon:

Daniel Kelly, Esq.
101 State Street
Suite 715
Springfield, MA  01103

Lori Levinson, Esq.
66 West Street
Pittsfield, MA  01201

Michael Foy, Esq.
935 Main Street, Suite 203
Springfield, MA  01103


_____
WILLIAM M. WELCH II
Assistant United States Attorney


4