UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 04-30032-MAP |
| ) | |
| ) | |
| FRANCIS G. KEOUGH III, et al., ) | |
| Defendants ) | |

INTERIM SCHEDULING ORDER
May 16, 2006

NEIMAN, C.M.J.

The following schedule was established at the Status Conference this day:

1. A final status conference will be held on August 16, 2006, at 2:00 p.m. in Courtroom III.

2. On or before the close of business, August 14, 2006, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
Chief Magistrate Judge