## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **CRIM. NO. 04-30032-MAP** |
| ) | |
| **vs.** ) | |
| ) | |
| **FRANCIS G. KEOUGH,** ) | |
| ) | |
| _____ ____ ____Defendant.__ ) | |

DOCKETED

### FINAL JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(C)

The United States of America, by and through Michael J.
Sullivan, United States Attorney for the District of
Massachusetts, and William M. Welch II, Assistant United States
Attorney, hereby files this final joint memorandum pursuant to
Local Rule 116.5(C) and the Magistrate Judge's Scheduling Order.

1.    There are no outstanding discovery issues not yet
presented or resolved.

2.    The parties do not anticipate providing additional
discovery.

3.    The defendant does not intend to raise a defense of
insanity or public authority.

4.    The Government has not requested notice of alibi.
However, the defendant does not intend to raise a defense of
alibi to the current charge.

5.    The defendant intends to file motions to sever,
dismiss, and suppress, and possibly other substantive motions

1

Filed this 15 th day of August, 2006.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


_____ /s/ William M. Welch II _____
WILLIAM M. WELCH II
Assistant United States Attorney

For defendant Frank Keough:


DANIEL KELLY, ESQ.

For defendant Angel Guzman:



LORI LEVINSON, ESQ.

For defendant Michael Hallahan:


MICHAEL FOY, ESQ.

3

CERTIFICATE OF SERVICE

Hampden,  ss.                          Springfield, Massachusetts
                                       August 15, 2006


        I, William M. Welch, Assistant U.S. Attorney, do hereby
certify that I have served a copy of the foregoing by fax upon:

Daniel Kelly, Esq.
101 State Street
Suite 715
Springfield, MA   01103

Lori Levinson, Esq.
66 West Street
Pittsfield, MA   01201

Michael Foy, Esq.
935 Main Street, Suite 203
Springfield, MA   01103


                          __/s/ William M. Welch II_____
                          WILLIAM M. WELCH II
                          Assistant United States Attorney