Filed this ____th day of August, 2006.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

          _____
          WILLIAM M. WELCH II
          Assistant United States Attorney

          For defendant Frank Keough:

          _____
          DANIEL KELLY, ESQ.

          For defendant Angel Guzman:

          _____
          LORI LEVINSON, ESQ.

          For defendant Michael Hallahan:

          _____
          MICHAEL FOY, ESQ.