UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v.            )<br>)<br>)<br>FRANCIS G. KEOUGH,            )<br>ANGEL GUZMAN and MICHAEL )<br>HALLAHAN,            )<br>            Defendants  ) | Criminal No. 04-30032-MAP |

FINAL STATUS REPORT
August 23, 2006

NEIMAN, U.S.M.J.

The court held a final status conference on August 16, 2006, with respect to Defendants Keough and Hallahan and today with respect to Defendant Guzman. In accord with Local Criminal Rule 116.5(D), the court reports as follows:

1. All discovery has been completed.

2. A pretrial conference has been scheduled for October 25, 2006, at 3:00 p.m. in Courtroom I. It is likely that Defendant Guzman will be changing his plea. The two other defendants intend to file various motions, including motions to sever and to suppress, by September 27, 2006, to which the Government will respond by October 13, 2006.

3. The parties estimate that a trial, if necessary, will take four to six weeks.

4. Defendants do not intend to raise defenses of insanity or public authority.

5. The parties -- and the court -- agree in the interest of justice, as set forth

today in open court, that, as of October 25, 2006, no time will have run on the Speedy Trial clock. An Order of Excludable Delay shall issue.

6. There are no other matters relevant to the progress or resolution of the case.

DATED: August 23, 2006

          /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge