AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

**v.**

FRANCIS G. KEOUGH, et al.

**APPEARANCE**

Case Number:  04-CR-30032-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   United States

I certify that I am admitted to practice in this court.

| | |
|---|---|
| September 26, 2006 | /s/ Steven H. Breslow |
| Date | Signature |
| | Steven H. Breslow |
| | Print Name / Bar Number |
| | 1550 Main Street, Room 310 |
| | Address |
| | Springfield    MA    01103 |
| | City / State / Zip Code |
| | 413-785-0330    413-785-0394 |
| | Phone Number / Fax Number |