UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

vs.                                                                 Criminal No. 04-30032-MAP

FRANK KEOUGH, et al.,
        Defendants

### DEFENDANT'S MOTION TO DISMISS
### COUNT I OF THE SECOND SUPERCEDING INDICTMENT
### (DUPLICITY)

Now comes the Defendant, Francis Keough, in the above-captioned matter, and moves this Honorable Court, pursuant to Rule 12(b) of the Federal Rules of Criminal Procedure, to dismiss Count I from the Second Superseding Indictment. As grounds therefor, the Defendant states:

1. Count I of the Second Superseding Indictment charges the Defendants, Francis Keough, Angel Guzman, and Michael Hallahan, with Conspiracy to Commit Mail Fraud and Theft of Honest Services in violation of 18 U.S.C. § 371, 18 U.S.C. § 1341 and 18 U.S.C. § 1346;

2. Examination of Count I of the Second Superseding Indictment reveals that said Count impermissibly charges multiple conspiracies in single count, and hence is "duplicitous";

3. As a matter of law, the insufficiency of this Count of the Second Superseding Indictment cannot be cured by a bill of particulars;

4. The only remedy to correct the fatally duplicitous nature of Count I of the Second Superseding Indictment is dismissal of Count I.

In further support thereof, the Defendant relies on his Memorandum of Law in Support of Defendant's Motion to Dismiss Count I of the Second Superseding Indictment (Duplicity), filed

herewith.

Wherefore, by all of the above, the Defendant's Motion to Dismiss Count I of the Second Superseding Indictment must be allowed.

                    THE DEFENDANT,
                    FRANK KEOUGH

                By: /s/ Daniel D. Kelly
                    Daniel D. Kelly, Esq.
                    101 State Street
                    Suite 715
                    Springfield, MA 01103
                    Tel.: (413) 733-0770
                    Fax:  (413) 733-1245

## CERTIFICATE OF SERVICE

I, Dan Kelly, Esq., hereby certify that I caused the foregoing document to be served upon the United States Attorney's Office at 1500 Main Street, Springfield, MA, by electronic service this 27th day of September, 2006.

                    /s/ Daniel D. Kelly
                    Daniel D. Kelly, Esq.
                    101 State Street
                    Suite 715
                    Springfield, MA 01103
                    Tel.: (413) 733-0770
                    Fax:  (413) 733-1245