AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**United States**

v.

**FRANCIS KEOUGH, III et al.**

APPEARANCE

Case Number: CR-N-04-30032-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for     United States

I certify that I am admitted to practice in this court.

9/27/06
Date

Signature

Paul Hart Smyth           636400
Print Name                Bar Number

1550 Main Street
Address

| Springfield | MA | 01103 | |
|---|---|---|---|
| City | State | Zip Code | |

(413)785-0106
Phone Number                                    Fax Number