UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 04-30032-MAP |
| ) | |
| FRANCIS G. KEOUGH, ) | |
| ANGEL GUZMAN and MICHAEL ) | |
| HALLAHAN, ) | |
| Defendants ) | |

## ORDER OF EXCLUDABLE DELAY

In accordance with the Speedy Trial Act of 1974, as amended, this Court hereby orders excludable delay for the time periods and the reasons checked below.

October 5, 2006                                                  /s/   Kenneth P. Neiman
Date                                                                   Chief U.S. Magistrate Judge


REFER TO DOCUMENT:   Court's finding on the record in open court 10/4/06


[ ]  XA  _____  Proceedings including examinations to determine mental competency or physical capacity in accord with 18 U.S.C.§3161(h)(1)(A)

[ ]  XD  _____  Interlocutory Appeal in accord with 18 U.S.C.§3161(h)(1)(E)

[ ]  XE  _____  Pretrial motions from filing date to hearing or disposition in accord with 18 U.S.C.§3161(h)(1)(F)

[ ]  XG  _____  Proceedings under advisement in accord with 18 U.S.C.§3161(h)(1)(J)

[ ]  XH  _____  Miscellaneous proceedings concerning defendant in accord with 18 U.S.C.§3161(h)(1)

[ ]  XM  _____  Absence or unavailability of defendant or essential Government witness in accord with 18 U.S.C.§3161(h)(3)

[ ]  XN  _____  Period of mental or physical incompetency or physical inability to stand trial in accord with 18 U.S.C.§3161(h)(4)

[X]  XT  10/25/06-11/30/06  Continuance granted in the interest of justice in accord with 18 U.S.C.§3161(h)(8)