UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
 )
                      v. ) CR NO. 04-30032-MAP
 )
FRANCIS G. KEOUGH III, ET AL )

SCHEDULING ORDER

December 11, 2006

PONSOR, D.J.

The court has now ruled on pending motions filed by Defendant Keough. At the conclusion of the motion hearing, counsel discussed a further schedule with the court. Based on counsel's representations, the court orders as follows:

1. Any motions in limine will be filed no later than January 12, 2007 and opposed no later than January 26, 2007.

2. Counsel will appear for argument on the motions on February 7, 2007 at 2:00 p.m. At that time, the court will also conduct a status conference to address any logistical issues relevant to the upcoming trial.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge