UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NOS. 04-30032-MAP
04-30032-MAP-1

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff<br><br>vs.<br><br>FRANCIS G. KEOUGH, III<br>　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO SEAL

　　　NOW HERE COMES the defendant, Francis Keough, and respectfully requests leave from this Honorable Court to seal the affidavit of undersigned counsel which is to be attached to the defendant's motion to continue his sentencing date.

　　　As grounds therefore, this affidavit that the defendant is seeking to have sealed contains personal and private information which is not a subject for disclosure or public viewing. The defendant will serve in hand Assistant United States Attorney Stephen Breslow with the affidavit that he is seeking to have sealed.

THE DEFENDANT
FRANCIS KEOUGH

By____/s/ Daniel D. Kelly____
Daniel D. Kelly, Esq.,
101 State Street Suite 715
Springfield, MA, 01103
Phone (413) 733-0770
Fax    (413) 733-1245
BBO No.: 634648

## CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 6, 2007.

                  /s/ Daniel D. Kelly
                Daniel D. Kelly