UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NOS. 04-30032-MAP
04-30032-MAP-1

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| FRANCIS G. KEOUGH, III<br>    Defendant | )<br>)<br>) |

### DEFENDANT'S MOTION TO CONTINUE SENTENCING

NOW HERE COMES the defendant, Francis Keough, and respectfully requests this Honorable Court to continue his sentencing date currently scheduled for March 29, 2007, and further respectfully requests that the deadline for objections to the defendant's Presentence Report, which are currently due March 15, 2007, be continued as well. The reasons for this request are detailed in the attached sealed affidavit of counsel.

Assistant United States Attorney Breslow has assented to this continuance.

THE DEFENDANT
FRANCIS KEOUGH

By   /s/ Daniel D. Kelly
Daniel D. Kelly, Esq.,
101 State Street Suite 715
Springfield, MA, 01103
Phone (413) 733-0770
Fax   (413) 733-1245
BBO No.: 634648

416896

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 6, 2007.

                                                  /s/ Daniel D. Kelly
                                         Daniel D. Kelly

416896