```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA    )
                            )
           v.               ) CR NO. 04-30032-MAP
                            )
FRANCIS G. KEOUGH III, ET AL )


           ORDER RE: CLARIFICATION OF RESTITUTION

                      May 31, 2007

PONSOR, D.J.

    The Probation Office has brought to the attention of the court an ambiguity with regard to the scope of Defendants' restitution obligations.

    In order to clarify this matter, the court intends (absent objection from counsel) to issue an order indicating the following.  First, the Judgment and Commitment should reflect that Francis G. Keough III has a restitution obligation to the Friends of the Homeless in the total amount of $138,080.00, but with $40,665.00 of that amount joint and several with Angel T. Guzman and $3,240.00 of that amount joint and several with Michael P. Hallahan.  Second, Michael Hallahan's Judgment and Commitment should reflect that his $3,240.00 restitution obligation is joint and several with

Francis Keough. Third, Angel Guzman's Judgment and Commitment should reflect that his $40,665.00 restitution is joint and several with Francis Keough, but not Michael Hallahan.

This clarification reflects the court's intent at the sentencing of all three defendants. Counsel for the government or for any Defendant may object to the issuance of this Clarification Order no later than June 15, 2007. If no objection is received, the court will issue the clarification along the lines set forth above.

It is So Ordered.

*/s/ Michael A. Ponsor*

MICHAEL A. PONSOR
United States District Judge