UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
                v.                ) CR NO. 04-30032-MAP
                                  )
FRANCIS G. KEOUGH III, ET AL      )


                    ORDER RE: AMENDED JUDGMENTS

                         June 19, 2007

PONSOR, D.J.

   On May 31, 2007, the court issued its Order Re: Clarification of Restitution (Dkt. No. 195), giving counsel until June 15, 2007 to respond to its expressed inclination to modify the calculation of restitution in this case.

   No response or objection having been filed, the court hereby orders the clerk to issue amended judgments as follows:

   1.  The total restitution owed by Defendant Francis G. Keough III is $138,080.00, with $40,665.00 of that amount joint and several with Angel T. Guzman and $3,240.00 of that amount joint and several with Michael P. Hallahan.

   2.  The total restitution owed by Defendant Michael Hallahan is $3,240.00, joint and several with Francis Keough.

   3.  The total restitution owed by Defendant Angel Guzman

is $40,665.00, joint and several with Francis Keough, but not with Michael Hallahan.

As noted, the amended judgments with regard to these Defendants, with the modifications specified above, reflect the intent of this court at sentencing.

It is So Ordered.

_____
MICHAEL A. PONSOR
United States District Judge