UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NOS. 04-30032-MAP
04-30032-MAP-1

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| FRANCIS G. KEOUGH, III<br>　　　Defendant | )<br>) |

### AFFIDAVIT OF DAVID LEMOIE ESQUIRE

1. My name is David Lemoie.

2. I am a licensed attorney in the state of Rhode Island, with offices located at 128 Dorrance Street, Suite 400, Providence, Rhode Island.

3. I am currently representing Frank and Sharon Keough with respect to an ongoing land dispute with Sachem Passage Homeowners Association regarding their home located in Charlestown, Rhode Island.

4. I have recently spoken with Christopher Anderson, counsel for the Sachem Passage Homeowners Association in attempt to negotiate access for the Keough family to their Charlestown home.

5. Attorney Anderson informed me; he proposed giving the Keough family access to their home for the sole purpose of selling that home, with complete access, to a third party, to the Sachem Passage Homeowners Association Board.

6. Attorney Anderson also informed me that this matter will be taken up at a special meeting of the Sachem Passage Homeowners Association to be schedule in approximately the next thirty days.

Sworn to and signed under the pains and penalties of perjury this 2nd day of August, 2007.

_____
David Lemoie, Esquire