UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-30032-MAP |
| ) | |
| FRANCIS G. KEOUGH, III, ) | |
| Defendant. ) | |

**ORDER VACATING**
**FINAL ORDER OF FORFEITURE**

**Ponsor, D.J.**

    The United States of America having petitioned this Court for an Order to vacate the Final Order of Forfeiture endorsed on March 27, 2007, it is hereby

    ORDERED, ADJUDGED and DECREED that the Final Order of Forfeiture shall be vacated, and the United States Marshals Service shall remit payment to the United States District Court Clerk's Office in the amount of $88,105.44, for distribution pursuant to the restitution order included in the Amended Judgment in a Criminal Case issued on April 23, 2007.

    DONE AND ORDERED in Springfield, Massachusetts, this \_\_\_\_\_ day of _____, 2007.

 

                                                  MICHAEL A. PONSOR
                                                  United States District Judge