```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CRIMINAL NO. 04-30032-MAP |
| ) | |
| FRANCIS G. KEOUGH, III,  ) | |
|     Defendant.   ) | |

**MOTION TO CONTINUE HEARING
SCHEDULED FOR SEPTEMBER 27, 2007**

The United States, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves that this Court continue the hearing on the government's Motion for Preliminary Order of Forfeiture from September 27, 2007, to one of following the dates:

- September 28, 2007 before 12:00 p.m.
- October 1, 2007 after 12:00 p.m.
- October 2, 2007 after 12:00 p.m.
- October 3, 2007 before 12:00 p.m.
- October 4, 2007 before 12:00 p.m.
- October 5, 2007 before 12:00 p.m.

Undersigned counsel has conferred with counsel for defendant Francis G. Keough, III, and these dates are convenient for him as well.

WHEREFORE, the United States respectfully requests that the hearing in this case scheduled for September 27, 2007 be continued to one of the dates set forth herein.

Respectfully submitted,

MICHAEL J. SULLIVAN

United States Attorney,

By: /s/ Kristina E. Barclay
KRISTINA E. BARCLAY
Assistant U.S. Attorneys
United States Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210
(617) 748-3100

Date: September 17, 2007


**CERTIFICATE OF SERVICE**

I, Kristina E. Barclay, Assistant U.S. Attorney, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/Kristina E. Barclay
KRISTINA E. BARCLAY
Assistant U.S. Attorney

Date: September 17, 2007