U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CR-04-30032-MAP |

| DEFENDANT | TYPE OF PROCESS: |
|---|---|
| FRANCIS G. KEOUGH, III, et al., | Preliminary Order of Forfeiture |

FILED IN CLERK'S OFFICE
2007 NOV 29 P 12:53

RECEIVED U.S. MARSHALS SERVICE BOSTON, MA 2007 NOV 16 P 1:00

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:  
Francis G. Keough, III

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)  
c/o Daniel D. Kelly, Esquire, 101 State Street, Suite 715, Springfield, MA 01103

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Kristina E. Barclay, Assistant U.S. Attorney  
United States Attorney's Office  
John Joseph Moakley United States Courthouse  
1 Courthouse Way, Suite 9200  
Boston, MA 02210

Number of process to be served with this Form - 285  
Number of parties to be served in this case  
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Please serve a copy of the attached Preliminary Order of Forfeiture upon the above-named individual via certified mail, return receipt requested.

JLJ xt 3297

Signature of Attorney or other Originator requesting service on behalf of:  
☒ PLAINTIFF  
☐ DEFENDANT  
TELEPHONE NUMBER: (617) 748-3100  
DATE: November 1, 2007

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)  
Total Process: No ___  
District of Origin: No. 38  
District to Serve: No. 38  
Signature of Authorized USMS Deputy or Clerk  
Date: 11/16/07

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)  
Date of Service: 11/27/07  
Time: ___ am/pm  
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS: 11/16/07 Certified #7004 1160 0004 9259 6894  
11/23/07 Delivery Date

(5)

PRIOR EDITIONS MAY BE USED  
**1. CLERK OF THE COURT**  
FORM USM 285 (Rev. 12/15/80)

☐ USMS RECORD   ☐ NOTICE OF SERVICE   ☐ BILLING STATEMENT   ☐ ACKNOWLEDGMENT OF RECEIPT